**DANIEL L. HARRALSON, #109322**
DANIEL HARRALSON LAW CORPORATION
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant:   JOSE ANTONIO VELEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:11-CR-00354 LJO |
|          Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING HEARING** |
| | ) Date: April 28, 2014 |
| | ) Time: 10:30 a.m. |
| JOSE ANTONIO VELEZ, | ) Judge: Lawrence J. O'Neill |
|          Defendant. | ) |

**IT IS HEREBY STIPULATED by and between** the parties in this action, that Defendant,

JOSE ANTONIO VELEZ'S Sentencing Hearing currently scheduled for **April 28, 2014 at 10:30**

**a.m**., be continued to **May 5, 2014 at 10:30 a.m.** or as soon thereafter as the Court deems appropriate.

This continuance is necessary as so that Defendant, JOSE ANTONIO VELEZ'S parents and family

are able to be present at his sentencing hearing.

\\\
\\\
\\\
\\\

**IT IS SO AGREED:**

Dated: April 28, 2014                    **UNITED STATES ATTORNEY'S OFFICE**

                                                        /s/       Kimberly A. Sanchez
                                                      **KIMBERLY A. SANCHEZ, ESQ.**
                                                      Assistant United States Attorney


Dated: April 28, 2014                    **DANIEL HARRALSON LAW CORPORATION**

                                                      /s/       Daniel L. Harralson
                                                      **DANIEL L. HARRALSON, ESQ.**


## **ORDER**

**T**he sentencing Hearing of April 28, 2014 at 10:30 a.m., is continued to **May 5, 2014 at 10:30 a.m. for good cause stated.**
IT IS SO ORDERED.

    Dated:   **April 23, 2014**                    **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE